IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GARCIA NICHOLSON,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-1033

Opinion filed March 11, 2015.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Rachael E. Bushey, Tampa, for Appellant.

Pamela Jo Bondi, Attorney General, and Kristen Bonjour, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.